UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN A. ABILLE,<br><br>                              Plaintiff,<br><br>v.<br><br>WESTERN FEDERAL CREDIT UNION, et al.,<br><br>                              Defendants. | Case No.:  16cv1100 BEN (JMA)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE AND MANDATORY SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED**:

1.     A telephonic Case Management Conference will be held on **January 20, 2017** at **9:30 a.m.**  Counsel for each party shall participate in the conference, and shall use the following call-in information:  Dial-In Number 866-590-5055, Access Code 2275709.

2.     A Mandatory Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **March 24, 2017** at **10:00 a.m.**, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California. Counsel shall submit settlement statements to Magistrate Judge Adler's

chambers no later than **March 17, 2017**.[1]  The parties may either submit confidential settlement statements or may exchange their settlement statements.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference**.  **The individual(s) present at the Mandatory Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**  Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.

**IT IS SO ORDERED**.

Dated:  November 22, 2016

Honorable Jan M. Adler
United States Magistrate Judge

---

[1]  Statements under 20 pages in length, including attachments and exhibits, may be e-mailed to efile_adler@casd.uscourts.gov, faxed to (619) 702-9939, or delivered to chambers via the Office of the Clerk of Court at 333 West Broadway, Suite 420, San Diego, California.  Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered to chambers via the Office of the Clerk of Court.